Philip L. Pillsbury, Jr. (SBN 72261)
Ingrid S. Leverett (SBN 148813)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:  (415) 433-8000
Facsimile:   (415) 433-4816
ppillsbury@pillsburylevinson.com
ileverett@pillsburylevinson.com

Attorneys for Defendant
RENE PEINADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>RENE PEINADO, and individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 13 4789 JSW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CLARIFY THAT DISCOVERY HAS NOT YET COMMENCED PENDING:<br><br>(1) CASE MANAGEMENT CONFERENCE THAT THE COURT SUA SPONTE RE-NOTICED FOR JUNE 6, 2014; AND<br><br>(2) MR. PEINADO'S MOTION TO STAY THIS ACTION, SET FOR HEARING ON ~~APRIL 14, 2014~~ April 11, 2014<br><br>LOCAL RULE 7-11<br><br>Assigned to The Honorable Jeffrey S. White<br>Action Filed:  Oct 11, 2013 |

[~~PROPOSED~~] ORDER                                                                                Case No. CV 13 4789 JSW

GOOD CAUSE APPEARING: It was the Court's intention to hear the motion to stay prior to having the parties' discovery obligations commence.

1. Discovery in this action has not commenced. Discovery shall not commence until further order of the Court.

2. The subpoenas issued on January 21, 2014 by Travelers Property Casualty Company of America and served on the following entities:

- 800-Insurance
- Trio Insurance Services
- Northbay Auto Insurance Center

are hereby QUASHED without prejudice to their being re-issued and re-served once the Court has ordered that discovery in this action has commenced.

IT IS SO ORDERED.

Dated: February 3, 2014

*Jeffrey S. White*

The Honorable Jeffrey S. White
JUDGE OF THE NORTHERN DISTRICT COURT