Philip L. Pillsbury, Jr. (SBN 72261)
Ingrid S. Leverett (SBN 148813)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:  (415) 433-8000
Facsimile:   (415) 433-4816
ppillsbury@pillsburylevinson.com
ileverett@pillsburylevinson.com

Attorneys for Defendant
RENE PEINADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>RENE PEINADO, and individual; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 13 4789 JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CLARIFY THAT SUBSTANTIVE MOTIONS AND THEIR ASSOCIATED BRIEFING WILL NOT BE ENTERTAINED PENDING MR. PEINADO'S MOTION TO STAY THIS ACTION, SET FOR HEARING ON APRIL 11, 2014**<br><br>**LOCAL RULE 7-11**<br><br>Assigned to The Honorable Jeffrey S. White<br>Action Filed:  Oct 11, 2013 |

[PROPOSED] ORDER                                                                                          Case No. CV 13 4789 JSW

GOOD CAUSE APPEARING:

1. Henceforth the Court will not set for hearing, and will not consider or entertain, ~~any substantive~~ for leave to file first amended complaint motions in this action until, if then appropriate, after it has ruled on defendant Rene Peinado's motion to stay this action, set for hearing on April 11, 2013; and

2. The Court hereby VACATES the April 18, 2014 hearing on Travelers Property Casualty Company of America's Motion for Leave to File a First Amended Complaint, filed on February 25, 2014 (Docket #27).

IT IS SO ORDERED.

Dated: March 3, 2014

*Jeffrey S. White*
The Honorable Jeffrey S. White
JUDGE OF THE NORTHERN DISTRICT COURT