THE AGUILERA LAW GROUP, APLC
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
Angela Zanin-Wog (SBN 229149)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com
azanin@aguileragroup.com

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RENE PEINADO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 13-cv-4789-JSW<br><br>[~~PROPOSED~~] ORDER REGARDING RENE PEINADO'S MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>*Current Date:* February 27, 2014<br>*Proposed New Date:* March 27, 2014<br>Time: 9:00 a.m.<br>Dept: Courtroom 5, 2nd Floor |

## ORDER

IT IS HEREBY ORDERED as follows:

1. The hearing date on defendant Rene Peinado's Motion to Enforce Settlement Agreement (Docket No. 36) is continued to **March 27, 2015 at 9:00 a.m.**;

2. The dates for submitting the remaining briefing on the Motion to Enforce Settlement Agreement are as follows:

   - **February 16, 2015**: last day for Travelers Property Casualty Company of America

1     to file and serve any opposition to the Motion to Enforce Settlement Agreement; and

2     • **March 2, 2015**: last day for Mr. Peinado to file and serve any reply.

Dated: December 30, 2014

/s/ Jeffrey S. White

Jeffrey S. White

Federal District Court Judge

[PROPOSED] ORDER RE STIPULATION ON MOTION TO ENFORCE SETTLEMENT